BURKE HUBER, ESQ.
Nevada Bar No. 10902
RICHARD HARRIS LAW FIRM
801 South Fourth St.
Las Vegas, NV 89101
Tel.   (702) 444-4444
Fax   (702) 444-4455
Email: burke@richardharrislaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS COBBINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EAN SERVICES, LLC, a Foreign Limited Liability Company and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01341-GMN-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

Plaintiff, by and through his undersigned counsel of record BURKE HUBER, ESQ., of the RICHARD HARRIS LAW FIRM, and hereby requests that BENJAMIN P. CLOWARD, ESQ. be removed from the list of counsel representing Plaintiff as he was inadvertently included as counsel for Plaintiff due to a clerical error.  It is further requested that BENJAMIN P. CLOWARD, ESQ. be removed from the electronic service list for this matter.

Plaintiff has been represented by undersigned counsel of record, BURKE HUBER, ESQ. of the RICHARD HARRIS LAW FIRM, since the onset of this case so no party will be prejudiced by the withdrawal of Mr. Cloward from this matter.

DATED: August 6, 2020.

**RICHARD HARRIS LAW FIRM**

*/s/ Burke Huber*

1

**BURKE HUBER ESQ.**
Nevada Bar No. 10902
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: August 7, 2020

2