ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant EAN Services, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS COBBINS, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>EAN SERVICES, LLC, a Foreign Limited Liability Company; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>        Defendants. | Case No.:   2:20-cv-01341-GMN-EJY<br><br><br>**STIPULATION AND ORDER FOR AN EARLY NEUTRAL EVALUATION CONFERENCE PURSUANT TO LOCAL RULE 16-6(b)** |

Defendant EAN Services, LLC ("Defendant") and Plaintiff Curtis Cobbins ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that this matter be entered into the Court's Early Neutral Evaluation ("ENE") program.

Pursuant to LR 16-6(a), "[a]ll employment-discrimination actions filed in this court must undergo early neutral evaluation as defined by this rule."   An employment-discrimination action includes, but is not limited to, lawsuits filed pursuant to Title I of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101, *et seq. Id.*   "If an action is not initially assigned to the Early Neutral Program, an action must be assigned to the program upon the filing by any party of a notice stating that action falls under one or more of the statutes listed in LR 16-6(a)." LR 16-6(b).

Given that Plaintiff's Complaint alleges discrimination under the ADAAA, the parties believe this matter would benefit from and should be set for an ENE pursuant to LR 16-6. Therefore, the parties respectfully request that this Court grant their Stipulation and enter this case into the Early Neutral Evaluation program.

DATED this 24th day of August, 2020.          DATED this 24th day of August, 2020.

RICHARD A. HARRIS LAW FIRM                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Burke Huber*                             /s/ *Amy L. Howard*

Richard A. Harris                             Anthony L. Martin
Nevada Bar No. 505                            Nevada Bar No. 8177
Burke Huber                                   Amy L. Howard
Nevada Bar No. 10902                          Nevada Bar No. 13946
801 S. Fourth Street                          Wells Fargo Tower
Las Vegas, NV 89101                           Suite 1500
*Attorneys for Plaintiff*                     3800 Howard Hughes Parkway
                                              Las Vegas, NV 89169
                                              *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.  This action is referred to the Clerk of Court for assignment to the Early Neutral Evaluation Program.

UNITED STATES MAGISTRATE JUDGE

Dated:  August 24, 2020