ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

WILLIAM M. LAWSON (*admitted pro hac vice*)
william.lawson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
7700 Bonhomme
Suite 650
St. Louis, MO  63069
Telephone:  314.827.3428
Fax:  317.802.3936

*Attorneys for Defendant EAN Services, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS COBBINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EAN SERVICES, LLC, a Foreign Limited Liability Company; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No.:   2:20-cv-01341-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Curtis Cobbins ("Plaintiff") and Defendant EAN Services, LLC ("Defendant"), by and through their respective undersigned counsel, hereby stipulate that all claims Plaintiff had or

- 1 -

may have had against Defendant that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 12th day of January, 2021. | DATED this 12th day of January, 2021. |
| RICHARD A. HARRIS LAW FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Burke Huber* | /s/ *Anthony L. Martin* |
| Richard A. Harris | Anthony L. Martin |
| Nevada Bar No. 505 | Nevada Bar No. 8177 |
| Burke Huber | Amy L. Howard |
| Nevada Bar No. 10902 | Nevada Bar No. 13946 |
| 801 S. Fourth Street | Wells Fargo Tower |
| Las Vegas, NV 89101 | Suite 1500 |
| *Attorneys for Plaintiff* | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | William M. Lawson (*admitted pro hac vice*) |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | 7700 Bonhomme |
| | Suite 650 |
| | St. Louis, MO 63069 |
| | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 13 day of January, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

45579362.1

- 2 -